FILED
JAN 30 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARLENE CORTEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:19-cv-00099 (UNA) |
| ) | |
| ) | |
| MARY WRIGHT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of plaintiff's *pro se* complaint ("Compl.") and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because, under the statute governing IFP proceedings, the Court is required to dismiss a case "at any time" if it determines that the action is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The complaint consists of rambling and unconnected statements and allegations.[1] Plaintiff names two defendants in the case caption, *see* Compl. at 2–3, however, she lists numerous other potential defendants throughout the body of the complaint, with no contextual or identifying information relating thereto, *see, e.g.*, *id.* at 9–12. Plaintiff alleges that she has children with three Saudi Arabian princes. *Id.* at 9. She believes that her children and embryos were stolen for "financial control." *Id.* She alleges that various members of the Saudi Arabian royal family, Governor Rick Scott, members of the Kennedy, Rooney, and Poppitti families, and countless other

---

[1] Plaintiff has filed a substantially similar complaint with this Court, *see Cortez v. Mary Pat Wright, et al.*, No. 15-cv-00863 (UNA) (D.D.C. filed June 9, 2015). While some of the defendants in the previous matter differed, the allegations are fundamentally identical. The Court dismissed the prior matter with prejudice as frivolous, *see* Mem. Op. & Ord., ECF Nos. 4–5 (D.D.C. entered June 10, 2015).

1

unexplained individuals, "conspired with their families, and with their occult groups, religious organizations, political organizations, business groups, social groups, and more . . ." to steal "billions of dollars in wealth and projects [she] created for herself and her children." *Id.* at 9–12. She alleges that defendants and others "used the office of the govenor [sic] for the power to hide the plaintiff's stolen born and unborn children in Florida." *Id.* at 11.

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" are subject to dismissal as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Crisafi v. Holland*, 655 F.2d 1305, 1307–8 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind.").

The instant complaint satisfies this standard and warrants dismissal with prejudice. *See Firestone v. Firestone*, 76 F.3d 1205, 1209 (D.C. Cir. 1996) (A dismissal with prejudice is warranted upon determining "that 'the allegation of other facts consistent with the challenged pleading could not possibly cure the deficiency.'") (internal citations omitted). A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: January 28, 2019

2